Satterwhite Anthony Tr. Ct no D7CR2647-B

WR. 82.174-01

82.174-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

ATTN Clerk: Abel Acosta

THE Trial Court ordered counsel to respond to Applicant's claim of ineffective assistance of counsel Applicant has recieved notice that his Claim has been denied without written order for the Reason applicant does not Know Applicant has wrote the Court of Criminal Appeals asking for a copy of the order his counsel was order to file applicant has not recieved a response from the court of criminal appeal so applicant has sent a second letter requesting the information

1-5-2015
Satterwhite Anthony
Thank you